

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2021

No. 04-21-00155-CV

**IN THE INTEREST OF M.K.V., A CHILD**

From the County Court, Val Verde County, Texas
Trial Court No. 2020-0007-CCl
Honorable Sergio J. Gonzalez, Judge Presiding

## O R D E R

Appellant Mom's brief was due to be filed with this court on June 3, 3021. *See* TEX. R. APP. P. 38.6(a). After this court granted Mom's first motion for extension of time to file her brief, the brief was due on July 19, 2021. Two days after the once-extended due date, Mom filed a second motion for an extension of time to file her brief—and her brief.

Appellant Mom's motion is GRANTED. Her brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court